# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| CAROLYN PRIMM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:15-cv-00230 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Bryant |
| TENNESSEE DEPARTMENT OF | ) | |
| CORRECTION, et al., | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss Amended Complaint for Insufficient Service of Process ("Motion"). (Doc. No. 12.) On February 22, 2016, Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion denied, that the Clerk be directed to issue summons for Defendant Tennessee Department of Correction, and that a summons and a copy of the amended complaint be served upon Defendant Tennessee Department of Correction by the U.S. Marshal. (Doc. No. 17 at 3.) The Report provided a period of fourteen days in which any party could file an objection. (*Id.*) No party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Defendant's Motion (Doc. No. 12), **DIRECTS** the Clerk to issue summons for Defendant Tennessee Department of Correction, and **DIRECTS** the Clerk to serve a summons and a copy of the amended complaint to Defendant Tennessee Department of Correction.

Additionally, as Judge Bryant noted, it appears that on May 13, 2015, the Court granted Plaintiff's application for leave to proceed *in forma pauperis*. (Doc. No. 4.) Therefore, the Court **DIRECTS** the Clerk to remove Doc. No. 2 as pending.

It is so ORDERED.

Entered this the 17th day of March, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT